UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| HELEN MUNFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:07CV00019 AGF |
| | ) |
| MEDICAL STAFFING NETWORK, | ) |
| D/B/A GSN STAFFING, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the motion (Doc. #20) filed by counsel for Plaintiff to withdraw as attorney for Plaintiff is **GRANTED**. Counsel is reminded of her obligations under Missouri Rule of Professional Conduct 4-1.16(d), to take steps to the extent reasonably practicable to protect her client's interests, such as notifying her client of the termination of the representation.

**IT IS FURTHER ORDERED** that all proceedings shall be stayed for thirty (30) days to permit Plaintiff to obtain new counsel or otherwise advise the Court of how she wishes to proceed.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of September, 2007.